No. 189. ANNA C. DUNHAM ET AL., PLAINTIFFS IN ERROR, *v.* CLARA V. KAUFFMAN ET AL. In error to the Supreme Court of the State of Ohio. Argued May 4, 1916. Decided May 22, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137. (2) *The Pennsylvania College Cases,* 13 Wall. 190; *Newburyport Water Co.* v. *Newburyport,* 193 U. S. 561; *Missouri Pacific Ry.* v. *Kansas,* 216 U. S. 262, 274–275. (3) *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Ennis Water Works* v. *Ennis,* 233 U. S. 652, 658; *Parker* v. *McLain,* 237 U. S. 469, 471. *Mr. D. K. Watson* for the plaintiff in error. *Mr. Charles C. Pavey* for the defendants in error.